UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. MARTIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-00822-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DOUGLAS M. MARTIN**, CDCR # AX-9851 **VIA VIDEO CONFERENCE**<br><br>DATE: April 25, 2024<br>TIME:  9:30 a.m. |

　　**Inmate Douglas M. Martin, CDCR # AX-9851**, a necessary and material witness on his behalf in a settlement conference on **April 25, 2024**, at 9:30 a.m., is confined at the California Correctional Institution, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on April 25, 2024 at 9:30 a.m.**

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

　　**To: The Warden of California Correctional Institution:**

　　**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **March 25, 2024**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

