UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. MARTIN,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>            Defendants. | No. 1:23-cv-00822-JLT-SAB (PC)<br><br>ORDER THAT INMATE DOUGLAS M. MARTIN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on April 25, 2024. Inmate Douglas M. Martin, CDCR #AX-9851, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **April 25, 2024**          /s/ Barbara A. McAuliffe          
                                                          UNITED STATES MAGISTRATE JUDGE

1