### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00822-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DOUGLAS M. MARTIN, CDCR #AX-9851**<br><br>DATE: June 3, 2024<br>TIME:  8:30 a.m. |

**Inmate Douglas M. Martin, CDCR #AX-9851**, a necessary and material participant on his behalf in a settlement conference on June 3, 2024, at 8:30 a.m., is confined at the California Correctional Institution (CCI), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person before Magistrate Judge Barbara A. McAuliffe on June 3, 2024, at 8:30 a.m. at the CSP-COR, 4001 King Avenue, Corcoran, CA 93212.**

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of CCI:**

    **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __May 3, 2024__

                                             UNITED STATES MAGISTRATE JUDGE

