**FILED**

JUN 03 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, *et al.*,<br><br>    Defendants. | Case No.: 1:23-cv-00822-JLT-SAB (PC)<br><br>ORDER THAT INMATE DOUGLAS M. MARTIN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on June 3, 2024 at California State Prison, Corcoran. Inmate Douglas M. Martin, CDCR #AX-9851, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/3/24

_____
UNITED STATES MAGISTRATE JUDGE